UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
A. DAVID COPPERTHITE
UNITED STATES MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410)962-0946
(410) 962-0868 (FAX)
MDD_ADCchambers@mdd.uscourts.gov

October 21, 2016

TO COUNSEL OF RECORD

Re:  *Raj Dhingra v. Maxim Healthcare Services, Inc.*
     Civil No. CCB-15-3079

Dear Counsel:

Due to a scheduling conflict, the settlement conference previously set for January 19, 2017 has been moved to **Thursday, January 26, 2017 at 10:00 a.m.** The new date for the submission of ex parte letters is **Thursday, January 12, 2017.** The same guidelines set forth in the original Order scheduling settlement Conference (ECF 35) apply to this conference, including the requirement that you exchange a demand and offer prior to the conference, as detailed in that letter.

Despite the informal nature of this letter, it is an Order of the Court and will be docketed accordingly.

Very truly yours,

A. David Copperthite
United States Magistrate Judge